## AFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 19-CV-6498**

Roor International BV and Sream, Inc.

Plaintiff

vs.

Jenna Cellular Inc. and Ihab Abdelhadi

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

PARTY SERVED: **JENNA CELLULAR INC.**

PERSON SERVED: **TIM HASHLAMOUN, REGISTERED AGENT**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **11/07/2019 at 4:03 PM**

ADDRESS, CITY AND STATE: **8745 S HARLEM AVE, BRIDGEVIEW, IL 60455**

DESCRIPTION: **Middle Eastern, Male, 50, 5'10", 210 lbs, Gray/Balding hair**

I declare under penalties of perjury that the information contained herein is true and correct.

*Joseph T Wachowski* (signature)

Joseph Wachowski, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 11th day of November, 2019.

*Joan C. Harenberg* (signature)  
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21

CLIENT: **Langone, Johnson & Cassidy, LLC**  
FILE #:

Tracking #: **421106**